**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| KELLEN POWELL et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. _____ |
| THE CITY OF ST. ANN, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order or in the Alternative Motion for Preliminary Injunction, it is ORDERED that the motion is GRANTED.

Defendant St. Ann is ORDERED to release from its custody the named Plaintiff Kellen Powell, either on his own recognizance or subject to an unsecured bond or other reasonable and lawful non-financial conditions.

The City of St. Ann is further ORDERED to release, subject to standard booking procedures, any other municipal ordinance arrestees in its custody or who that become in its custody on their own recognizance or on an unsecured bond in a manner consistent with state and federal law.

Ordered this ___ day of _____, 2015.

_____

Hon. _____, District Judge