IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KELLEN POWELL, et al. | ) | Cause No. 4:15-CV-00840 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF ST. ANN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs, by and through counsels, request this Court to allow Plaintiffs to withdraw their Motion for Temporary Restraining Order. In support thereof, Plaintiffs state:

1. Plaintiff Kellen Powell is no longer in the custody of the City of St. Ann. He was recently released from custody and given a court date to appear in the City of St. Ann Municipal Court.

2. Plaintiffs' counsels have contacted opposing counsel, and they are currently in the process of settlement discussion.

3. At this time, Plaintiffs' counsels are no longer seeking an emergency hearing for their Motion for Temporary Restraining Order.

4. As a result, Plaintiffs' counsels request this Court to allow Plaintiffs to withdraw their Motion for Temporary Restraining Order.

1

Respectfully submitted,

/s/ *Thomas B. Harvey*_____
Thomas B. Harvey (MBE #61734)
ArchCity Defenders
812 N. Collins Alley
Saint Louis, Missouri 63102
855-724-2489

/s/ *Alec Karakatsanis*_____
Alec Karakatsanis (E.D. Mo. Bar No. 999294DC)
Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
(202)-681-2409
alec@equaljusticeunderlaw.org

## **CERTIFICATE OF SERVICE**

I certify that the above document is a true and correct copy that was sent to the opposing counsel by U.S. Mail on this date, 26th May, 2015.

/s/ *Thomas B. Harvey*_____