IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KELLEN POWELL, et al. | ) | Cause No. 4:15-CV-00840 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF ST. ANN, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO COURT OF SETTLEMENT DISCUSSION**

   Plaintiffs, by and through counsels, hereby providing notice to Court regarding settlement discussion with opposing counsel in the above matter.  In support thereof, Plaintiffs states:

   1.  The parties have been in contact and agreed to engage in settlement discussions.

   2.  At this time, the Parties are respectfully requesting for a stay of sixty days days from any court proceedings to work towards settlement.

   3.  The parties are not making the above request to cause delay, but making the request in good faith to pursue a resolution in the above matter.

1

Respectfully submitted,

/s/ *Thomas B. Harvey*_____
Thomas B. Harvey (MBE #61734)
ArchCity Defenders
812 N. Collins Alley
Saint Louis, Missouri 63102
855-724-2489

/s/ *Alec Karakatsanis*_____
Alec Karakatsanis (E.D. Mo. Bar No. 999294DC)
Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
(202)-681-2409
alec@equaljusticeunderlaw.org

**CERTIFICATE OF SERVICE**

I certify that the above document is a true and correct copy that was sent to the opposing counsel by U.S. Mail on this date, 26th May, 2015.

/s/ *Thomas B. Harvey*_____