UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELLEN POWELL, et al.., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:15CV840 RWS |
| | ) |
| THE CITY OF ST. ANN, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER TO SHOW CAUSE

This case has been stayed since May 29, 2015, at the request of the parties and in accordance with the terms of their settlement agreement. Since that time, the parties have sought numerous extensions of time to file the paperwork resolving this case. I have granted these extensions of time, the last one giving the parties until May 8, 2017 to comply with the settlement agreement. To date, the parties have not filed settlement documents or sought another extension of time to do so, and their time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall show cause in writing within ten (10) days of the date of this Order why this case should not be dismissed for the parties' refusal to comply with my September 3, 2015 Order. No additional extensions of time will be granted absent good cause shown. Failure to timely comply with this Order will result in a dismissal of this action without further notice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of June, 2017.