UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KELLEN POWELL, et al.., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15CV840 RWS |
| | ) | |
| THE CITY OF ST. ANN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having reviewed the parties' response to the Show Cause Order issued June 5, 2017,

**IT IS HEREBY ORDERED** that the Show Cause Order dated June 5, 2017, is deemed satisfied and the parties shall either file their settlement papers or a joint request for status conference by **July 7, 2017, and this case remains stayed pending further Order of this Court**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2017.