UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KELLEN POWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CV 840 RWS |
| | ) | |
| THE CITY OF ST. ANN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the **status conference** in this matter is **reset** from Wednesday, April 25, 2018 **to Monday, April 30, 2017 at 11:00 a.m.** in my chambers.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of April, 2018.