IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELLEN POWELL, *et al.*, | ) |
| Plaintiffs, | ) Case No. 4:15-cv-840-RWS |
| vs. | ) |
| CITY OF ST. ANN, | ) |
| Defendant. | ) |

## MEMORANDUM OF FILING

COME NOW the parties, and by agreement, submit the attached proposed Consent Judgment.

Respectfully submitted,

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.

By: _____
Steven W. Garrett #27756MO
Carl J. Lumley #32869MO
Edward Sluys #60471MO
130 S. Bemiston, Suite 200
Clayton, MO 63105
sgarrett@chgolaw.com
clumley@chgolaw.com
esluys@chgolaw.com
(314) 725-8788 (Telephone)
(314) 725-8789 (Fax)
*Attorneys for Defendant*

By: _____
Blake A. Strode, #68422MO
ArchCity Defenders
1210 Locust St
St. Louis, MO 63103
Phone: 855-724-2489
Fax: 314-925-1307
bstrode@archcitydefenders.org

## CERTIFICATE OF SERVICE

A copy of the above and foregoing was served upon the following via the Court's electronic notification system this 2ND day of May, 2018 to all parties of record.

*[signature]*